# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK W. SANDERS,           | 1:08-cv-01499 TAG (HC) |
|     Petitioner, | |
|    vs. | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| L. WATSON, Warden, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **November 10, 2008**                                                         **/s/ Theresa A. Goldner**
                                                                                                    UNITED STATES MAGISTRATE JUDGE